# COURT MINUTES

## Magistrate Judge Enjolique Lett

Atkins Building Courthouse - 10th Floor

Date: 11/03/2026 Time: 1:30 PM

Defendant: Phenil Gordon Desir J#: 04576-5123 Case #: 22-CR-20104-BECERRA (s)(s)(s)(s)(s)(s)

AUSA: Brianna Coakley Attorney: CJA, Pyra Mura, Esq.

Violation: Conspiracy to Kill Surr/Arrest Date: 11/02/2026 YOB: 1973

Proceeding: RRC/Arraignment/Detention Hearing CJA Appt:

Bond/PTD Held: ◯ Yes ◯ No Recommended Bond: TEMP-Pretrial Detention

Bond Set at: Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Creole

Disposition:
**BRADY Order NOT Given** CJA counsel accepted appointment on the record. ***CJA appointed nun pro tunc 11/2/26.*** Defendant found to be financially eligible for CJA appointment. Defense Motion to Continue Detention Hearing – **GRANTED**. Defense Ore tenus motion to Continue ARR – **GRANTED.**

Time from today to **11/10/26** excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| **PTD**/Bond Hearing: | 11/10/26 | 10AM | MIAMI DUTY | MIAMI |
| Prelim/**Arraign** or Removal: | 11/10/26 | 10AM | MIAMI DUTY | MIAMI |
| Status Conference RE: | | | | |

D.A.R. 13:57:23 Time in Court: 6MINS

s/Enjolique Lett Magistrate Judge