# COURT MINUTES

## Magistrate Judge Lauren Louis

Atkins Building Courthouse - 11th Floor Date: 11/10/2026 Time: 10:00 AM

Defendant: Phenil Gordon Desir J#: 04576-513 Case #: 22-CR-20104-BECERRA (s)(s)(s)(s)(s)(s)

AUSA: Robert Emory Attorney: Pyra Mura; Esq (CJA)

Violation: CONSPIRACY TO PROVIDE MATERIAL SUPPORT OR RESOURCES TO CARRY OUT A VIOLATION OF SECTION 956 RESULTING IN DEATH; PROVIDING MATERIAL SUPPORT OR RESOURCES TO CARRY OUT A VIOLATION OF SECTION 956, RESULTING IN DEATH; CONSPIRACY TO KILL OR KIDNAP A PERSON OUTSIDE THE UNITED STATES

Proceeding: Arraignment & Detention Hearing CJA Appt:

Bond/PTD Held: ◉ Yes ○ No Recommended Bond: TEMP-PTD

Bond Set at: $ Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ______ x's a week/month by phone: ______ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ______ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ______ pm to ______ am, paid by ______
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Creole

Disposition:

BRADY ORDER NOT GIVEN

***Defendant Arraigned:***

***Reading of Indictment Waived***

***Not Guilty plea entered***

***Jury trial demanded***

***Standing Discovery Order requested***

***Defendant's ore tenus request for entry of the Standing Discovery Order is granted***

***Pretrial Detention hearing held based on risk/danger; S/A Baxter Cohen, FBI sworn & testified. Detention hearing continued to the 2:00 p.m. calendar***

Time from today to ______ excluded from Speedy Trial Clock

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| ***Cont. PTD Hearing:*** | ***11/10/26*** | ***2:00 p.m*** | ***Duty/Miami*** | |
| Prelim/Arraign or Removal: | | | | |
| Status Conference RE: | | | | |

D.A.R. 10:25:19 Time in Court: 1 hr.