UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20104-CR-BECERRA

UNITED STATES OF AMERICA,
Plaintiff,
v.

PHENIL GORDON DESIR,
Defendant.
_________________________________/

**MOTION REQUESTING PERMISSION TO FILE EX PARTE AND UNDER SEAL MOTIONS FOR AUTHORIZATION OF A PARALEGAL AND AN INTERPRETER**

Phenil Gordon Desir, through counsel, requests permission to file two motions ex parte and under seal: a motion for authorization of a paralegal and a motion for authorization of an interpreter. As grounds, he states as follows:

1. Mr. Desir has counsel in this matter pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Undersigned counsel was appointed on November 2, 2026. [ECF No. 2227].

2. Mr. Desir is seeking authorization under 18 U.S.C. § 3006A(e)(1) for a paralegal and an interpreter. The details of each request will be provided in the ex parte and sealed motions.

3. Section 3006A(e)(1) permits a request for such services to be made ex parte. The forthcoming motions will necessarily describe the defense's needs, the scope of the defense's work, and matters protected by the attorney-client privilege and work-product doctrine. Disclosure of that information would place Mr. Desir at a disadvantage solely because he is indigent.

4. Pursuant to S.D. Fla. L.R. 5.4(b) and (d), Mr. Desir requests that the forthcoming paralegal and interpreter motions, and any orders on them, be filed ex parte and remain under seal until further order of the Court.

5. Once the Court enters an order granting this motion, Mr. Desir will file the paralegal and interpreter motions ex parte and under seal.

6. Based on the nature of this case, the defense will also file a motion seeking approval of a more detailed case budget. Because undersigned counsel has not yet received discovery, that motion will be submitted after counsel has conducted at least a cursory review of the discovery.

Mr. Desir requests this Court permit his motions for authorization of a paralegal and an interpreter to be filed ex parte and under seal so that Mr. Desir's right to confidentiality is preserved regardless of his indigency status.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send a Notice of Electronic Filing to all counsel of record.

Respectfully submitted,

*/s/ Prya Murad*
PRYA MURAD (FBN 118352)
Board Certified Criminal Trial Lawyer

PRYA MURAD LAW PLLC
2103 Coral Way #401
Miami, FL 33145
Tel: (305) 393-0751