UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20104-CR-BECERRA

UNITED STATES OF AMERICA,
Plaintiff,
v.

PHENIL GORDON DESIR,
Defendant.
_________________________________/

**MOTION ADVISING OF COUNSEL'S ABSENCE FROM DECEMBER 1, 2026 STATUS AND CALENDAR CALL AND REQUESTING LEAVE FOR COVERAGE COUNSEL OR, ALTERNATIVELY, TO FILE A WRITTEN RESPONSE**

Phenil Gordon Desir, through counsel, advises the Court that undersigned counsel will be unable to attend the calendar call scheduled for December 1, 2026, and requests that the Court permit Khurrum Wahid (or other counsel should Mr. Wahid have last-minute unavailability) to appear as coverage counsel on Mr. Desir's behalf or, in the alternative, permit undersigned counsel to file a written response. In support, he states:

1. Undersigned counsel was appointed under the Criminal Justice Act to represent Mr. Desir on November 2, 2026 [ECF No. 2227].

2. The Status and Calendar Call in this matter is scheduled for December 1, 2026 [ECF No. 2235].

3. In response to the Court's Order Regarding Instructions for the December 1, 2026 Status and Calendar Call [ECF No. 2238], undersigned counsel advises the Court of the status of her preparation as follows.

   - On November 5, 2026, undersigned counsel was advised by the government of the procedure for obtaining discovery through the Coordinating Discovery Attorney.

- Undersigned counsel contacted the Coordinating Discovery Attorney that same day.
- On November 10, 2026, undersigned counsel conducted Mr. Desir's detention hearing and arraignment [ECF No. 2280].
- On November 10, 2026, undersigned counsel was advised that a drive containing the trial exhibits from the first trial in this matter had been shipped to her by FedEx, and she expects to receive it this week or early next week.
- Undersigned counsel has also been advised that, due to its size, the full consolidated discovery will take several weeks to copy and ship.
- Undersigned counsel will review these materials, at least on a cursory level, in advance of the calendar call so that coverage counsel can be advised of the defense's response to the Court's Order [ECF No. 2238].

4. Before her appointment in this case, undersigned counsel booked travel out of the country from November 19, 2026 through December 1, 2026. Undersigned counsel will be on a return flight from Islamabad, Pakistan to Miami by way of Istanbul, Turkey, and will not land in Miami until the evening of December 1, 2026. A copy of the flight itinerary, with identifying booking numbers redacted, is attached as *Exhibit A*.

5. Because this calendar call has been coordinated with many attorneys in this multi-defendant case, undersigned counsel requests that Khurrum Wahid (or other counsel should Mr. Wahid have last-minute unavailability) be permitted to cover the calendar call on Mr. Desir's behalf. Mr. Wahid has agreed to appear. Mr. Wahid is also a CJA panel attorney and has no legal conflict. Undersigned counsel will prepare everything

in writing in advance, and coverage counsel will simply relay that information to the Court in undersigned counsel's absence. In the alternative, undersigned counsel can submit a written filing responding to the Court's Order [ECF No. 2238] in advance of the calendar call. If neither coverage counsel nor a written response is permissible, undersigned counsel will file a motion to continue.

6. On November 10, 2026, undersigned counsel advised chambers of this arrangement by email, copying the government. The Court directed undersigned counsel to file a motion advising that she will not attend and that another lawyer will be covering for her.

7. The government has no objection to this request.

8. A proposed order has been submitted through the CM/ECF filing portal as an attachment to this motion.

For these reasons, Mr. Desir respectfully requests that the Court excuse undersigned counsel's attendance at the December 1, 2026 Status and Calendar Call and enter an order permitting one of the following two options:

(1) Khurrum Wahid (or other counsel should Mr. Wahid have last-minute unavailability) may appear as coverage counsel on Mr. Desir's behalf; or

(2) Undersigned counsel may submit a written filing responding to the Court's Order [ECF No. 2238] in advance of the calendar call.

If the Court does not permit either option, undersigned counsel will file a motion to continue.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 11, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send a Notice of Electronic Filing to all counsel of record.

Respectfully submitted,

*/s/ Prya Murad*
PRYA MURAD (FBN 118352)
Board Certified Criminal Trial Lawyer

PRYA MURAD LAW PLLC
2103 Coral Way #401
Miami, FL 33145
Tel: (305) 393-0751

# EXHIBIT A

Flight Itinerary (identifying booking numbers redacted)

General Lines

(US/CA) 1-855-507-9770 (AU) 1-800-049-505

(USA/Canada) 1-(888) 859-4510




| Confirmation Number: | Reservation Date: | Ticket number(s): |
|---|---|---|
| [redacted] | OCT 20, 2026 | [redacted] |

## Itinerary Details

**Thu, Nov 19** — Departure to Islamabad
Total Travel Time **20h:15min**

TURKISH AIRLINES

**Flight TK78**
**Airline confirmation:**
[redacted]

Business
Flight duration: 11h 30min

**MIAMI, MIA**
Miami Intl Arpt
United States

**10:30 PM**
Nov 19, 2026 Thu

**ISTANBUL, IST**
Istanbul Grand Arpt
Turkiye

**06:00 PM**
Nov 20, 2026 Fri

Meal options: MEAL

3h 25min layover in Istanbul

TURKISH AIRLINES

**Flight TK710**
**Airline confirmation:**
[redacted]

Business
Flight duration: 5h 20min

**ISTANBUL, IST**
Istanbul Grand Arpt
Turkiye

**09:25 PM**
Nov 20, 2026 Fri

**ISLAMABAD, ISB**
Islamabad Intl Arpt
Pakistan

**04:45 AM**
Nov 21, 2026 Sat

Meal options: MEAL

**Tue, Dec 1** — Return to Miami
Total Travel Time **20h:25min**

TURKISH AIRLINES

**Flight TK751**
**Airline confirmation:**
[redacted]

Business
Flight duration: 6h 15min

**ISLAMABAD, ISB**
Islamabad Intl Arpt
Pakistan

**10:10 AM**
Dec 01, 2026 Tue

**ISTANBUL, IST**
Istanbul Grand Arpt
Turkiye

**02:25 PM**
Dec 01, 2026 Tue

Meal options: MEAL

1h 15min layover in Istanbul

TURKISH AIRLINES

**Flight TK77**
**Airline confirmation:**
[redacted]

Business
Flight duration: 12h 55min

**ISTANBUL, IST**
Istanbul Grand Arpt
Turkiye

**03:40 PM**
Dec 01, 2026 Tue

**MIAMI, MIA**
Miami Intl Arpt
United States

**08:35 PM**
Dec 01, 2026 Tue

Meal options: MEAL

## Baggage

Please Note: Airline baggage fees are not included and will apply. For specific baggage allowance and fees, click here for: Turkish Airlines




**Please note:** Any ticket number and last name pair will ensure access to all booking data (itinerary, passengers, price, cancel/change options)

Download | Print file