UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20104-CR-BECERRA

UNITED STATES OF AMERICA,
Plaintiff,
v.

PHENIL GORDON DESIR,
Defendant.
_________________________________/

**ORDER GRANTING MOTION ADVISING OF COUNSEL'S ABSENCE FROM DECEMBER 1, 2026 STATUS AND CALENDAR CALL**

This cause having come before the court on Mr. Desir's **Motion Advising of Counsel's Absence from the December 1, 2026 Status and Calendar Call and Requesting Leave for Coverage Counsel or, Alternatively, to File a Written Response** [ECF No. ___] it is hereby ordered and adjudged that the motion is **granted**.

Defense counsel's attendance at the December 1, 2026 Status and Calendar Call is excused. The Court permits the following (check one):

______ Khurrum Wahid (or other counsel should Mr. Wahid have last-minute unavailability) may appear as coverage counsel on behalf of Mr. Desir.

______ Defense counsel shall submit a written filing responding to the Court's Order [ECF No. 2238] by _____________, 2026.

Done and ordered in Chambers, Southern District of Florida on this ______ day of November 2026.

_______________________________
THE HONORABLE JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE

Copies electronically furnished to:

Prya Murad, Counsel for Phenil Gordon Desir
Sean McLaughlin, Jason Wu, and Altanese Phenelus, Office of the U.S. Attorney, Southern District of Florida