# COURT MINUTES

# Magistrate Judge Lauren Louis

Atkins Building Courthouse - 11th Floor Date: 11/10/2026 Time: 2:00 PM

Defendant: Phenil Gordon Desir J#: 04576-5123 Case #: 22-CR-20104-Becerra (s)(s)(s)(s)(s)(s)

AUSA: Robert Emory Attorney: CJA, Pyra Murad, Esq

Violation: Conspiracy to Kill Surr/Arrest Date: 11/02/2026 YOB: 1973

Proceeding: Detention Hearing CJA Appt: ______

Bond/PTD Held: ○ Yes ○ No Recommended Bond: ______

Bond Set at: $ ______ Co-signed by: ______

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ______ x's a week/month by phone: ______ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ______ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ______ pm to ______ am, paid by ______
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ______
- ☐ Other: ______

Language: Creole

Disposition:

***Continued Detention hearing held; Defendant's Wife (Ismona Eugene) sworn and testified.***

***The Court Orders Defendant detained based on risk of flight.***

****Brady order given****

Time from today to ______ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE** **Date:** **Time:** **Judge:** **Place:**

Report RE Counsel: ______

PTD/Bond Hearing: ______

Prelim/Arraign or Removal: ______

Status Conference RE: ______

D.A.R. 15:12:23 Time in Court: 45 mins

s/Lauren Louis Magistrate Judge